UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
FRED M .KUBUS,                           :
                                         :
       Plaintiff,                       :  Case No.: 1:20-cv-07579-AJN
                                         :
  -against-                             :
                                         :
LIVONGO HEALTH, INC., GLEN               :
TULLMAN, ZANE BURKE, CHRIS               :
BISCHOFF, KAREN L. DANIEL, SANDRA        :
FENWICK, PHILIP D. GREEN, and            :
HEMANT TANEJA,                           :
                                         :
       Defendants.                      :
                                         :
---------------------------------------- X

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 4, 2020           Respectfully submitted,

                                         **MONTEVERDE & ASSOCIATES PC**

                                         */s/Juan E. Monteverde*
                                         Juan E. Monteverde (JM-8169)
                                         The Empire State Building
                                         350 Fifth Avenue, Suite 4405
                                         New York, New York 10118
                                         Tel: 212-971-1341
                                         Fax: 212-202-7880

                                         *Attorney for Plaintiff*